**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**JUDY BYARS,**                                                                              **PLAINTIFF**

**VS.**                                       **CAUSE NO. 2:05-cv-00073**

**JO ANN BARNHART,
COMMISSIONER OF SOCIAL SECURITY,**                               **DEFENDANT**

**ORDER GRANTING ADDITIONAL
TIME IN WHICH TO FILE MEMORANDUM OF AUTHORITIES**

**THIS DAY** this cause having come on for hearing on Plaintiff's *ore tenus* motion for extension of time in which to file a memorandum of authorities in support of the Complaint, and the Court, after finding that the Office of the U. S. Attorney has no objection to said extension of time and after having heard and considered said motion, **ORDERS** as follows:

That the Plaintiff is hereby allowed an extension of time in which to file her memorandum of authorities in the above styled and numbered cause, said extension to run through and including the 23rd day of December, 2005.

**SO ORDERED** this, the 30th day of November, 2005.

                                                 **/s/ Eugene M. Bogen**
                                                 **U. S. MAGISTRATE JUDGE**